FILED
2017 Jan-05  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

1983 Form



# In the United States District Court
# For the Northern District of Alabama

FILED

2017 JAN -5  A 10 25

U.S. DISTRICT COURT
N.D. OF ALABAMA

Joseph Bernard McAdams

AIS 265127

1000 St Clair Road

Springville Al 35146

CV-17-CO-0021-E

(Enter above the full name(s) of the
Plaintiff(s) in this action)

v

Talladega County Senior
Judge Julian M. King Et. al
State of Alabama
Talladega Co. Dist. Atty. Steve D. Giddens

(Enter above the full name(s) of the
Defendant(s) in this action)

I.  Previous lawsuits

    A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?     Yes ( )     No (✓)

    B.  If you answer to A. is "yes", describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuit)s) on another piece of paper, using the same outline.)

        1.  Parties to this previous lawsuit

            Plaintiff(s): _____

            Defendant(s): _____

        2.  Court (if Federal Court, name the district; if State Court, name the county)

            _____

        3.  Docket Number _____

        4.  Name of judge to whom case was assigned _____

5.   Disposition (for example: Was the case dismissed? Was it appealed?  Is it still pending?

_____

_____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   Place of present confinement _____

A.   Is there a prisoner grievance procedure in this institution?

Yes (✓)      No ( )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes ( )      No (✓)

C.   If your answer is YES:

1.   What steps did you take? _____

_____

2.   What was the result? _____

_____

_____

D.   If your answer is NO, explain why not? _____

_____

_____

_____

III.   Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

A.   Name of plaintiff(s) _____ *See Attached*
_____ *(1-4)*

Address _____

(1)                Additional Defendants

① Alabama, State of:

② Jimmy Kilgore, Talladega County Sheriff  148 East Street, Talladega County Judicial Building, Talladega Alabama 35160

③ Kenneth Flowers, Chief Deputy Sheriff Talladega 148-East Street, Talladega County Judicial Building Talladega Alabama 35160

④ Steve Giddens, Talladega county District Attorney 148-East Street, Talladega County Judicial Building Talladega Alabama 35160

⑤ Christina Kilgore, Chief Deputy District Attorney Talladega County 148-East Street Talladega County Judicial Building, Tallade

⑥ Talladega County Narcotics Task Force, Talladega Ala. 35160

⑦ Talladega County Narcotics Task Force Officer, Jason Blankenship D.T.F. Talladega Alabama 35160,

⑧ Talladega County Circuit Judge William (Bo) Hollingsworth III, 148 East Street, Talladega County Judicial Building Talladega Alabama, 35160

② cont. Additional Defendant(s)

⑨ Talladega County Circuit (Sr.) Judge Julian M. King, 148-East Street, Talladega County Judicial Building, Talladega Alabama, 35161

⑩ Talladega County District Court Judge Jeb Fannin, 148-East Street, Talladega County Judicial Building, Talladega Alabama 35160

⑪ Talladega County District Court Judge Ryan Rumsey (Southern Division) Talladega County Judicial Building, Sylacauga Alabama, 35150

⑫ Talladega County (Magistrate Judge) Patricia (Patty) Davenport, 148- East Street, Talladega County Judicial Building, Talladega Alabama 35160

⑬ Talladega Co. Circuit Clerk - For the 29th Judicial Circuit, (Clarence Haynes) (Retired)) Bryan York, 148- East Street, Talladega Alabama, 35160

⑭ Bennett Henry Webb, Attorney At Law 110-North Street, East, Talladega, Alabama, 35160

⑮ State of Alabama, Board of Pardons and Paroles, Montgomery Alabama, 36106



(3) of ( )    Additional Defendants-Parties

(16) Timothy Hall - Parole - Probation Officer
Talladega County Courthouse
Sylacauga Alabama, 35150

(17) David Kimbrough, City of Sylacauga Police Dept
City Hall, Sylacauga Alabama, 35150

(18) Mike Moore City of Sylacauga Police Dept,
City Hall Sylacauga Alabama 35150

(19) Mike Smith City of Sylacauga Police Dept,
City Hall - Sylacauga Alabama 35150

(20) Chief Kelly Johnson, City of Sylcauga Police Dept,
City Hall, Sylacauga Alabama 35105

(21) Mayor of Sylacauga Doug Murphree, City Hall
Sylacauga Alabama 35150

(22) Governor Robert Bentley, State of Alabama
1142- South Perry Street, Montgomery, Alabama 36104

(23) Attorney General Luther Strange - State of Alabama
501- Washington Ave Montgomery Alabama, 36104

(24) Chief Justice Roy Moore, State of Alabama
300 - Dexter Ave, Montgomery Alabama, 36104

(4-) of (  )   Additional Defendant(s) - Parties

(25) Defendant State of Alabama Dep. of Corrections, Warden (), Estes, St. Clair Correctional Facility 1000- St. Clair Road, Springville Alabama, 35146

(26) Defendant State of Alabama Dept. of Corrections Commissioner Mr. Jefferson, S. Dunn 301- North Ripley Montgomery Alabama, 36104

(27) Defendant Brian York Talladega County Court Clerk Talladega County Judicial Building, 148 - East Street Talladega Alabama, 35160.

(28) Defendant Talladega County Assistant Dist. Attorney Talladega County Judicial Building, 148 - East Street Talladega Alabama, 35160

(29) Defendant Talladega Co. Narcotics Task Force, investigator Jason Blankenship Talladega Co. Courthouse

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _____

   is employed as _____

   at _____

C. Additional Defendants _____

   _____

   _____

   _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved.   Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_____ See Attached. _____
_____ (1-41) _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

(0-of-(-41)   Statement of Facts

(1) On 10-2-2015, Plaintiff was Arrested by the Sylacauga Police Officer David. Kimbrough, For an Alleged

3rd Degree Robbery.

While on Probation For the State of Alabama,

See Exhibit (8)

"Board of Pardons and Paroles,

(2) Plaintiff was on Probation, for,

Possession of Cocaine    cc case -2011-441-70

(a) 15 yrs -Split - Serve 3 yrs,  Convicted On; 3-21-2012 and Released; 3-16-2015,

(3) Plaintiff was Issued on  10-7-2015, (Exhibit) (1) (A and B);

(A) Charge(s) (1- 4 )  and;  12-10-2015 Exhibit (2)(AandB)

(B) Charge(s) # (3); Robbery (3rd).

(4) On It 6-2015, Defendant Patty Davenport, A talladega County Assistant Circuit Court Clerk, Issued;

A Nigger you Did It, Form Complaint / Affidavit / Arrest Warrant,

Warrant Affiant, Sylacauga Police Investigator, Mike Smith,

See Exhibit (3)

2-) of (-41)   State of Facts.

(5) Defendant Talladega County Assistant Circuit Court Clerk, Patty Davenport, Was In Violation of the,

4th Fourth Amendment;

Which Requires the State of Alabama, to provide a "Fair and Reliable determination of "Probable Cause" as a condition for any significant Pretrial Restraint of Liberty"

Further, the "Probable Cause" Determination.

"Must be made by a (Judicial Officer) either before or Promptly after Arrest.

(6) the Duties of Defendant Talladega County Assistant Circuit Court Clerk,

Are to recieve traffic fines, prepare the Court's dockets and records, fill out Commitment papers, and perform other Routine Clerical Tasks: Apparently (he) or (she) may Issue Subpoenas (He) or (She) "May Not;"

"Sit as a Judge" and (he) or (she) may Not Issued a "Search Warrant" or even a "Felony" or "Misdemeanor" Arrest Warrants;

"For Violation(s) of State of Alabama" Laws.

See Exhibit (4) and (5)

3-) of (-41) - Statement of Facts

(7) On 10-7-2015 - Defendant State of Alabama Pardons and Paroles
Board Officer:
Mr. Timothy Hall;

Failure - to Comply with Elementary Principles of
Procedural Due Process of the Guarantee of the (14th) Fourteenth
Amendment, of the Bill of Rights, its Virtue Into the (4th)
Fourth Amendment
Provides that; No Warrant shall Issued but Upon

"Probable Cause", supported by Oath or Affirmation,
and Particularly describing the Place to Be Searched and the Persons
or things to be Seized,
the United States Constitutional Amendment
(4);
The Probable Cause determination Must be Made by a Neutral
and Detached Magistrate in order to Insure that the "Deliberate"

"Impartial Judgment" of a "Judicial Officer" will be interposed
between the Citizen and the Police (Defendant Mike Smith of the
Sylacauga Police Dept.), to assess "the Weight and Credibility" of the
Information which the Complaining Officer (Defendant Mike Smith of
the Sylacauga Police Dept.) adduces as Probable Cause.

(8) On 12-17-2015, Defendant Talladega County Senior Circuit Court
Judge, Julian M. King Revoked the Plaintiff Probation,
Depriving the Plaintiff of his Liberty without Due Process of
Law,          See Exhibit(s) (6) - (A - C)

(4-) of (-41)   Statement of Facts

(9) Defendant Talladega County Senior Circuit Court Judge Julian M. King, Failed to Comply with Elementary Principles of Substantive Due Process of the (14th) Fourteenth Amendment, and was in Clear Absense of all Jurisdiction, to Revoke the Plaintiff Probation;

                    CASE # CC-2011-491-70

(10) On 11-6-2015, Defendant Talladega County Assistant Circuit Court Clerk, Fraudulently Issued;

      A Nigger you Did it form Complaint/Affidavit/ Arrest Warrant,
            She Exceeded Her Scope of Authority, as a "Clerk"

            See Exhibit (3)

Here, the,
            Nigger you Did it "form Complaint/Affidavit/Arrest Warrant,"
            Unaccompanied by a Separate "Affidavit, without an Accurate Assessment of the Facts.
                    (a)(where) the place the Crime Occurred
                    (b) the Time it Happen, (AM) or (P.M)

Defendant Talladega County Assistant Circuit Court Clerk, Lacked Jurisdiction (Authority) Because she Could Not and Did Not Determine Probable Cause, On 2-23-2016 Plaintiff Filed

5-) of (-41) cont # (10) Statement of facts

a Complaint with;

The Judicial Inguiry Commission
SEE Exhibit (4)

and on or about 3-4-2016, Plaintiff Recieved; see

Exhibit (5)

Stating that Defendant Talladega County Assistant Circuit Court Clerk, was Not A Judge; and

the State of Alabama, Talladega County, Lacked Jurisdiction Because the;

Nigger You Did It form Complaint / Affidavit / Arrest Warrant,
Lacked, Factual Justification to Support the Warrant Clause of the (4th) Fourth Amendment; and

It Failed to Meet the Elementary Requirements of Procedural Due Process of the (14th) Fourteenth Amendment, Thus

Talladega County Assistant Circuit Court Clerk, was Not Empowered to Issue Arrest Warant for Felony or Misdemeanor violations of State Codes, or Statutes, the (4th) Fourth Amendment Requires a Judicial Determination of Probable Cause by a Judicial Officer, Before, or Promptly After Arrest.

6-) of-(-41)   Statement of Facts

(11) On 2-8-2016, State of Alabama Talladega County Circuit Court, November Term 2015, Returned;

(a) Two (2) Fruadulent Countys, Indictments in violation of the (5th) Fifth Amendment,

No person shall be held to answer for a Capital or otherwise Infamous Crime, Unless on Presentment or Indictment of a Grand Jury.

SEE Exhibt - (7) - (A - B)

(12) On 11-6-2015, Defendant Talladega County Assistant Circuit Court Clerk, Issued

A Nigger you Did It Form Complaint / Affidavit / Arrest Warrant.

Which in Violation of the Wanant Clause of the (4th) Fourth Amendment, and her Failure to Comply the Elementary Principles, of Proveduval Due Process of the (14th) fourteenth Amendment, was an Unconstitutional Exercise of Authority which is Forbidden by the Bill of Rights, in all Criminal Proceeding, Proceedural Guarantee's of the

(A) Fourth (4th) Amendment Warrant Clause;
(B) Fifth (5th) Amendments, Double Jeopardy and Indictment Clause,
(C) Sixth (6th) Amendment Confrontation Clause, and

7.) - of (-41) cont # (12)© Statement of Facts

Counsel Clause. and,
        (d) Eighth (8th) Amendment Cruel and Unusual
Punishment Clause,
        Contain limitations which are Fundamental to
State (Alabama) criminal Justice systems and that

        Absence of (1) one or the other Particular
Guarantees Denied the Plaintiff Due Process of Law, and
the Plaintiff was Wrongfully imprisoned Without,

        "Probable Cause".

(13) On 12-17-2015, Plaintiff Appeared Before Defendant
Talladega County Senior Circuit Court Judge Julian M. King
Represented By Bennett Webb, which was Ineffective
and Failed to Represent the Plaintiff On 12-8-2015
Defendant Bennett Webb, allowed, Defendant Talladega District
Court Judge M. Ryan Rumsey 'a Neophyte' to Bound the
Plaintiff Case over to the,

        State of Alabama, Talladega County (Grand Jury).
Circuit Court, November term 2015,

by a "Sham Preliminary Hearing", the Plaintiff has the
Right, to be Free from an Arrested and Imprisoned by methods
that Constitutionally Forbidden, Without Due Process of Law,
Defendant Talladega County Assistant Circuit Court Clerk

(8-) of (-41 ) cont # (13) Statement of Facts

Did not and Could Not, GIVE a Judicial Determination of

"Probable Cause"

NOT being a Judge or Magistrate, Being the Commands of

the (4th) Fourth Amendment, and the

(14th) Fourteenth Amendment, and the Bill of Rights.

(14) On 12-8-2015 Defendant Talladega County District

Court Judge M. Ryan Rumsey Failed to Comply with the

Elementary Principles of Procedural Due Process of Law,

Acting his Judicial Capacity, under the "Pretense of Law"

had No Jurisdiction of Subject Matter before Him,

after him Saw that the;

"Nigger you Did It Form Complaint / Affidavit / Arrest

Warrant !"

Was Invalid on it Face, the (4th) Fourth Amendment(s)

Probable Cause requirements before a Warrant for Arrest can Issue

require that the "Judicial Officer" Issuing Such A Warrant

be Supplied with Sufficient Information to Support an Independent

Judgment that Probable Cause Exist for the Warrant, and he

Bound the Plaintiff case #

D.C. 2015- 10, 0719

over the the Grand Jury, EXEcising Usurped Authority

(9-) of (-41) cont # (14) Statement of Facts

and for the exercise of such Authority when Judge Rumsey Knew, or should have known, the Want of Jurisdiction, would be palpably in excess of his Jurisdiction, and was done Maliciously and corruptly.

(15) The Talladega County "Grand Jury" It may consider Incompetant Evidence, but it may Not Itself Volate a Valid Privilege Established by the

(a) Constitution
(b) Statutes or;
(c) the Common Law.

the Grand Jury is "Without Power" to Invade a (Privacy) (Liberty) Interest ⊘ Protected by the Warrant Clause, of the (4th) Fourth Amendment, and the Procedural Due Process Clause of the (14th) Fourteenth Amendment, Furthermore; here the Grand Jury Failed to Investigate the Information before them, and Disregarded the Requirements of the;

(4th) Fourth and (14th) Fourteenth Amendments, solely to "Obtain" an Indictment Substantially Negated by the Unconstitutional Arrest.

Defendant Talladega County Chief Deputy District Attorney Christina Kilgore, Presented False Documentary Evidence to the Grand Jury, and became Partners to Illegal Conduct, and Unconstitutional Invasion of the Plaintiff "Liberty"

10-) of (-41.) con # ⑮ Statement of Facts

and the Open to Evidence secured by Defendant Talladega County Deputy District Attorney Christina Kilgore official Lawlessness In Violation of the (4ᵗʰ) Fourth, and (14ᵗʰ) Fourteenth Amendments Rights of the Plaintiff.

⑯ On 1-24-2011 Defendant Talladega County Narcotics Task Force officer, Jason Blankenship Filed a

"A Nigger you Did it Form Complaint/Affidavit/Arrest Warrant"
    in Violation of the (4ᵗʰ) Fourth Amendment,

SEE Exhibit ⑱

Defendant Talladega County William (Bo) Hollingsworth III was Presented with;
    Exhibit (8)

Which Defendant Blankenship, simply inserted the Plaintiff name and address, therein, and which was "Unaccompanied by a Separate Affidavit, then Defendant Blankenship Presented it, the;

"Nigger you it Did" Form Complaint/Affidavit/Arrest Warrant, To Defendant Talladega County Circuit Judge William "Bo" Hollingsworth, who Issued an Arrest Warrant solely on the Basis of a Deficient Complaint/Affidavit/Arrest Warrant, was Invalid upon Issuance, by Defendant

(11-) of (- )  cont # (16) Statement of facts,

Talladega County Circuit Court Judge William E. Hollingsworth,
in violation of the;
(4th) Fourth and (14th) Fourteenth
Amendments,

(17) On-3-21-2012 Talladega County Senior Circuit Court
Judge; Julian M. King Imposed a Sentence] of

15 years - Split - Serve 3 yrs

Case # 2011- 491 - 70

3 yrs Probation, Date of Probation - 3-16-2015

in violation of the (4th) Fourth Amendment; that No Warrant shall Issue
but upon Probable Cause, support by Oath or Affirmation, here a Warrant
was Issued;
On the Belief Summary;

" A Nigger you Did It Form Complaint / Affidavit / Arrest
Warrant";
Unaccompanied by an Affidavit, the was No Showing
of Probable Cause, a Criminal Complaint consisting of Nothing
more than the Complainants (Defendant Jason Blankenship)
conclusion that the Plaintiff named therein Perpetrated the
offense" Described in the;
" Nigger you Did it Form Complaint/

12-) of (-A1 ) cont # ⑰ Statement of Facts

Affidavit / Arrest Warrant:

"Cannot Support" a "Finding of Probable Cause" by a "Judge or Magistrate"; Sending the Plaintiff to Prison, Invoke the (13th) Thirteenth Amendment;

Neither Slavery, Nor Involuntary Servitude except as a punishment for "Crime" whereof the Party shall have been Duly convicted, shall Exist within the United States, or Any place subject to their Jurisdiction.

Plaintiff was Unconstitutionally Arrested, and falsely Imprisoned, By the thirteenth Amendment, Slavery Was Abolished, In order to "Secure" Equality of treatment of the "Black Man" A.K.A. "Nigger" (to the Goode Ole Boys! of the South ) the (14th) Fourteenth Amendment was "Adopted" to Rid Discrimination Because of Color; the Necessary Protection of the Freedmen, was the Most Powerful Impulse Behind the (14th) Fourteenth Amendment; Section ①

"All persons born, or Naturalized in the United States, and subjected to the Jurisdiction, thereof," "Are Citizens" of the United States, and of the State ( Alabama ) wherein they "Reside", "No State ( Alabama) shall make or Enforce any law which

13-) of (-41) cont# ⑰ Statement of facts

shall abridge the Privileges or Immunities of Citizens of the United States; Nor shall Any State (Alabama) Deprive any Persons of (Rights) Life, Liberty, or Property, Without Due process of Law; Nor Deny to Any Person (the Plaintiff) within its Jurisdiction the Equal Protection of the Laws,

⑱ therefore; the Nigger you Did It form Complaint / Affidavit / Arrest Warrant,
Was Insufficient, where it mostly Recites the Elements, without a "Disclosure" Regarding Why it Appears to Defendant Jason Blankenship, that the Plaintiff Performed those Elements;
The (4th) Fourth Amendment requires the State (Alabama) to Provide a fair and Reliable Determination of Probable Cause as a Condition for Any significant Pre-trial Restraint of Liberty, the Probable Cause Determination Must be Made by a Judicial Officer Either before or promptly after Arrest,
Defendant Jason Blankenship should NOT have sought the Arrest Warrant, Without Probable Cause and Defendant Talladega County Circuit Court Judge William "Bo" Hollingsworth Should NOT have, Issued)

The Nigger you Did It form Complaint / Affidavit / Arrest Warrant, Without Evidence of Probable Cause.

SEE Exhibit ⑧

(4) of (-41) Statement of Facts

(18) On 10-13-2016, Plaintiff Appeared before Defendant Talladega Circuit Court Judge William "Bo" Hollingsworth, on a Suppression Hearing; on

The Nigger you Did It Form Complaint / Affidavit / Arrest-Warrant;

On (2) Two Grounds;

(1) That Defendant Talladega County Assistant Circuit Court Clerk, Exceeded Her Scope of Authority, and Violated the Warrant Clause of the (4th) Fourth Amendment, on the Issuance; and

(2) The Nigger you Did It Form Complaint / Affidavit / Arrest-Warrant; was

Unaccompanied by a Seperate Affidavit, merely Contained a Statement that the Offense was Committed by the "Plaintiff" on a Certain Date (10-2-2015)

Defendant Talladega County Assistant Circuit Court Clerk Patty Davenport, Couldn't and Did Not Make a Judicial Determination of Probable, there was No Showing of Probable Cause in the Complaint, which was Unaccompanied, by Affidavit, and the Assistant Clerk, Not Being a Judicial Officer

SEE Exhibit(s) (4) and (5) and;

Didn't and Could Not Make a Probable Cause Determination

15-) of (-41) cont # ⑱ Statement of facts

From the:

Nigger you Did It Form Complaint / Affidavit / Arrest Warrant; and the Arrest Warrant was Invalidly Issued.

Talladega County Assistant District Attorney Defendant Jacob Argo, and Defendant, Talladega County Circuit Court Judge William "Bo" Hollingsworth, violated the Plaintiff(s) Civil Rights the;

"Nigger you Did It, Form Complaint / Affidavit / Arrest Warrant" Was Willfully issued in Violation of the (4th) Fourth and (14th) Fourteenth and the Arrest was without "Probable Cause" and Resulted in the False Imprisonment of the Plaintiff, and Deprived him of his Constitution Rights to Proceduval Due Process, and Equal Protection Clause(s) of the Bill of Rights

(a) the Fourth (4th); and
(b) the Fifth (5th); and
(c) the Sixth (6th); and
(d) the Eighth (8th); also their Incorporation into the
(E) Fourteenth (14th) Amendment, was Clearly Established Statutory and Constitutional Rights, of Which a Reasonable Person would have Known, On-10-79-2016 Defendant Talladega County Circuit Judge, William E. Hollingsworth, Denied Plaintiff's Motion to Suppress the Complaint and Warrant Motion, SEE Exhibit-(9)

16-) of (-41)   Statement of Facts

(19) On 12-8-2015, case # 2015-10,0719, was bound over
to the Grand Jury and on 2-4-2016, Talladega County
State of Alabama, November Term Returned;

(2) Two (Fraudulent)
(Defective)
(Insufficient) and; Each Indictment
(Invalid) on its Face,

the Grand Jury "Was" without power to Invade a (Liberty)
Interest Protected by the Warrant Clause, of the (4th) Fourth
and the Procedural Due Process Clause of the (14th) Fourteenth
Amendment.

(20) The State of Alabama, Talladega County November Term
Grand Jury Failed to Investigate the Information before them, and
Disregarded the Requirement of the (4th) Fourth and the (14th)
Fourteenth, Solely to Obtain an Indictment, Negated by the Uncons-
titutional Arrest Warrant Issued by Defendant Talladega County
Assistant Circuit Court Clerk, Patricia (Patty) Fuller Davenport
Being an Non-Judicial Officer;
                              See Exhibit(s) (4) and (5)

(8) of (41)     Statement of Claims

(22)  On 3-21-2012, Defendant Talladega County Senior Circuit Court Judge Julian M. King Sentenced the Plaintiff to an Constitutional Sentence, in Violation of the Bill of Rights (the)

(a) (4th) Fourth Amendment Warrant Clause,
(b) (5th) Fifth Amendment, Indictment Clause and the Double Jeopardy Clause.
(c) 6th Sixth All Clauses
(d) 8th Eighth Amendment Cruel and Unususal Punishments Shall Not be Inflicted Clause, To 15yrs Split, Serve 3yrs, and the Substantive Due Process Clause of the (14th) Fourteenth Amendment and Equal Protection Clause and Defendant Talladega County District Attorney Steven Dale Giddens, Conspired with the other defendants, to Impede hinder, Obstruct and Defected the Due Process of Justice to Effectuate Prohibitions, by Having "Sham Trials, in Clear Absence of all Jurisdiction of Law and Without Any Reasonable or Colorable Cause, Willfully Conspired together Acting under Color of State Law (Alabama), Maliciously Entered to A Scheme. and Deprived the Plaintiff, of Liberty
Secured by the Constitution and the Laws of the United States,

(23)  On 10-2-2015 Plaintiff was Unlawfully Arrested by Defendant City of Sylacauga Police Officer David Kimbrough and City of Sylacauga Police Investigator Mike Moore, was without Probable Cause In Violation of the Warrant Clause of the (4th) Fourth Amendment, and the Procedural Due Process Clause of the (14) Fourteenth Amendment.

19-1 of (-41 ) cont #23) Statement of Claims

On Exhibit #(1) Defendant State of Ala Board of Pardons and Paroles (Probation) Officer, States

(a) Charge #(1) Violation of Condition #(1) NEW OFFENSE; Attempting to Elude a Police Officer

(b) Charge #(2) Violation #(12) Failure to pay Supervision Fees

(c) Charge #(4) Violation #(15) Failure to pay Court Ordered Money; and on

Exhibit #(2) Charge #(3) Violation of Condition Charge #(1) New Offense; Robbery third (3rd)

(24) On 11-6-2015 Defendant(s) of the Sylacauga Police Dept, Mike Moore, David Kimbrough, and Mike Smith after Magistrate Shopped for 34 days, Failed to Find a Judicial Officer (Judge or Magistrate) that License by the State of Alabama to Practice Law, Found Defendant Talladega County Assistant Circuit Court Clerk,
SEE Exhibits (4) and (5)

Willfully Conspired with the Other Defendants to Impede Hinder, Obstruct and Defeat the Due Process of Justice,

20) of (-41) cont# (24) Statement of Claims

With Defendant State of Ala, Pardons and Paroles (Probation) Officer, Timothy Hall, Arbitrarly and Capriciously, Without Authority of Law, and Lacked Probable Cause, Conspired Together, Willfully and Maliciously Entered a Scheme, Acting Under Color of State (Alabama) Law, Deprived the Plaintiff of his Liberty, Contrary to Law, of Equal Protection of Law, Secured and Protected by the Constitution and Laws of the United States,

(25) On 12-8-2016, Plaintiff Appeared Before Defendant Talladega County District Court Judge M. Ryan Rumsey, For a Preliminary Hearing to Whether there is Probable Cause, to Submit Evidence to a the "Grand Jury" for Further Consideration, Here the Talladega County Assistant Circuit Court Clerk, Defendant Patty Davenport, Exceeded Her Scope of Authority

SEE Exhibit(s) (4) and (5)

in Violation of the Warrant Clause of the (4th) Fourth Amendment requires the State of Alabama to Provide a "Fair and Reliable" determination of Probable Cause as a Condition for Any significant pre-trial Restraint of Liberty, and the Probable Cause Determination "Must be Made by a Judicial Officer, Either before or Promptly after Arrest, the Alabama Judicial Inquiry Commission Stated, that the Person you have "Named" on your Complaint, is Not A Judge,

SEE Exhibit (5)

11-) of (-41) cont # (25) Statement of Claims

and on 2-4-2016 the State of Alabama, Talladega County Circuit Court, November Term 2015, Returned

(a) Count (1) one Robbery, Third Degree and;

(b) Count (2) two Attempted Theft of Property First Degree.

(26) the Grand Jury, May consider incompetent Evidence but it may Not itself violate a Valid Privilege, Whether Established by the Constitution, Statutes or the Common Law, but the Grand Jury's without Power to Invade a legitimate Liberty Interest Protected by the (4th) Fourth Amendment, and the Procedural Due Process of the (14th) fourteenth Amendment.

(27) On 12-8-2015, Talladega County District Court Judge Destendant M. Ryan Rumsey, Talladega County District Attorney Steven Dale Giddens, Acting under Color of State (Alabama) Law, Intentionally and With Reckless Disregard, Willfully Deprived an Inhibitant of the United States, of his Rights "Liberty" Secured and Protected by the Constitution and Laws of the United States.

(28) On 2-4-2016, Talladega County, State of Alabama, Returned (2) Two Counts
SEE Exhibit(s) "I", (a) and (b)

22-) of (-41 ) cont # (28) Statement of Claims

In violation of the Indictment Clause of the (5th) Fifth Amendment and (14th) Fourteenth Amendment, the Grand Jury was without Power to Invade a Legitimate Liberty Interest Protected by the;

(4th) Fourth and (14th) Fourteenth Amendment,

the Grand Jury Known or Should have known, that the;

"the Nigger you Did It" form Complaint/ Affidavit/ Arrest Warrant, was Unconstitutional, they Transgressed, a Clearly Established Constitutional Rule, Willfully, Acting under Color of State (Alabama) Law, in open Defiance of the Prohibition of the Constitution, Intended for the Protection of the Plaintiff against Such Unauthorized Actions, Arrested and Imprisoned an "Inhibition" of the United States, and Deprived the Plaintiff of his Liberty, Secured and Protected by the Constitution and Federals Laws, of the United States,

(29) On 11-6-2015, Defender Sylacauga Police Dept, Investigator/ Warrant Affiant, Mike Smith Applied for; the Exhibit(3) a;

"Nigger you Did It" form Complaint/ Affidavit/ Arrest Warrant admitted to Defendant Talladega County Assistant Circuit Court Clerk Patty Davenport, Knowingly and Intentionally, Unaccompanied by a Seperate Affidavit, Furthermore the Supreme Court Outlawed the form Complaint, /Affidavit, /Arrest Warrant,

23-) of (-41) cont# (29) Statement of Claims

See Exhibit (3)

consisting of Nothing more than Defendant Sylacauga Police Dept,
Investigator Mike Smith, conclusion, in Violation of the Warrant
Clause of the (4th) Fourth Amendment,

( "No Warrant Shall Issue, but upon Probable Cause"
that the State of Law of Alabama, to Provide a fair and Reliable
Determination of Probable Cause as a condition for Any Significant
Pretrial Restraint of Liberty, Furthermore, the Probable Cause
Determination" Must be Made By a "Judicial Officer Either before
or Promptly After Arrest )
offense described in the, "that the Plaintiff therein perpetrated the

"Nigger you Did It Form Complaint"/ Affidavit / Arrest Warrant,

See Exhibit (3)

Cannot Support a finding of Probable Cause by a Judge or
Magistrate, Let alone, Defendant Talladega County Assistant
Circuit Court Clerk, Patty Davenport, for the Purpose of the
Issuance of an Arrest Warrant,
                    See Exhibits (4) and (5),

the (4th) Fourth Amendment, as Incorporated in the (14th) Fourteenth
Requires that a Hearing Be held at the Plaintiffs Request,

24-) of (-41)        Statement of claims

30) On, 10-13-2016, Plaintiff appeared before Defendant Talladega County, Circuit Court Judge William E, Hollingworth III, for a Suppression Hearing on the;

Nigger you did It form Complaint, / Affidavit / Arrest Warrant,, Issued By Defendant Talladega County Assistant Circuit Court Clerk Patty Davenport, In Violation of the Warrant Clause of the Requirements of the;

(4th) Fourth Amendment, and She Failed to Comply with the Elementary Principles of Procedural Due Process of the (14th) Fourteenth Amendment,

And Defendant Hollingworth, Acting in Clear Absense of all Jurisdiction over the Subject matter, the Judicial Inquiry Commission Stated; on
                    Exhibit (5)

that Defendant Davenport was "NOT A Judge", and She Did Not and Could Not GIVE a Judicial Determination of Probable Cause, of the Commands of the (4th) Fourth Amendment and Defendant Talladega County Circuit Court Judge William E Hollingsworth, in Open Court Stated he Had; l

"Personal Knowledge that,"

Defendant Talladega County Assistant Circuit Court

25-) of (-41) cont # ③ Statement of Claims

Clerk, was in Fact A Talladega County Magistrate Judge

"The Clerks Duties, are to Recieve Traffic Fines, Prepare the Courts Dockets, and Records, Fill out Commitment Papers, and perform Clerical Tasks.

Apparently she may Issue subpoenas.

She "May Not" however Sit as a "Judge", and She "May Not" Issue a "Search Warrant" on "Even" a "Felony" or "Misdemeanor" Arrest Warrant for;

Violations of State Laws (Alabama)

Defendant Talladega County Circuit Court Judge William E. Hollingsworth, Known or Should have Known, Mandating the

(4th) Fourth Amendment;

There was Clearly, No Jurisdiction over the Subject Matter, and Any Authority He Exercised is a Usurped Authority and, for the Exercise of Such Authority when the want of Jurisdiction, was Known to Defendant Talladega County Circuit Court Judge. No Excuse is Permissible, the Probable Cause determination is Required by the; (4th) Fourth Amendment; and the "sole" Issue, is whether there is;

"Probable Cause"

36.) of (-41 ) cont # (30) Statement of Claim

for Detaining the Plaintiff, for Pending further Proceedings and the Talladega County Assistant Circuit Court Clerk, Defendant Patty Davenport, could Not and Did Not Made that Judicial Determination of Probable Cause, and Defendant(s)

(1) Sylacauga Police Investigator Mike Smith;)

(2) Talladega County Assistant Court Clerk, Patty Davenport;

(3) Talladega County District Attorney Steve Giddens;;

(4) Talladega County Chief Deputy District Attorney Christina Kilgore;

(5) Talladega County District Judge M. R. Rumsey;

(6) Talladega County Circuit Judge William (E) "Bo" Hollingsworth, and;

(7) Talladega County "Senior" Circuit Court Judge, Julian M. King;

Willfully Conspired without Any Jurisdictional Authority and Without, Probable Cause

Together, Maliciously Entered into "A Scheme," which

27-) of (41)   cont   # (30) Statement of Claim

The Defendant(s) Acted with "Deliberate Indifference," Violating the Bill of Rights, which is Incorporated in the (14th) Fourteenth, and Deprived the Plaintiff of His "Liberty" Contrary to Law, Arrested and Imprisoned the Plaintiff, Acting Under Color of State (Alabama) Law, an Inhabitant of the United States, for the Purpose of Extortion, Deprived the Plaintiff - - of "his Liberty" secured and - - Protected by the Constitution and Laws of the United States,

(31) On 12-10-2015, Defendant State of Ala, Board of Pardons and Paroles (Probation Officer, Timothy Hall, an Subordinate Defendant Paroles and Probation Officer, Supervisor Smool, an Subordinate of the State of Alabama Board of Pardons and Paroles, along with the City of Sylacauga Dept, County of Talladega, and State of Alabama, in Violation of the,

Bill of Rights, Incorporated into the (14th) Fourteenth Amendment, Equal Protection Clause, Racial Discrimination Clause, False Imprisonment Clause and the Procedural Due Process Clause, Deprived a "Human Being" Acting under Color of State Law (Alabama), "His - -" Liberty Secured and Protected by the Constitution and Law of the United States,

SEE Exhibit(s) (1),(2)(3)(4) and (5),

28-) of (-41)     Statement of claims

(31) On 3-12-2012, Plaintiff was Committed to the Alabama Dept. of Corrections (ON) case # CC-2011-491 that was Unconstitutional, in violation of the (4th) Fourth Amendment Warrant Clause and the State of Alabama Failed to Comply with the Elementary Principles of Procedural Due Process of the (14th) Fourteenth Amendment,

The Nigger you Did It form Complaint / Affidavit / Arrest Warrant,
Cannot Support a finding of "Probable Cause" Issued by a Judge or Magistrate for the Purpose of the Issuance of An ,
"Arrest Warrant"

See Exhibit (8)

and the Plaintiff was Falsely Imprisoned, From 3-21-2012 to 3-16-2015, and the State Dept of Correction Commissioner Duties, is to Insure, Every Inmate Sentence to the State Corrections Dept, which comes into the System, Constitutional Rights was Not Violated, in the Meaning of the Equal Protection Clause of the (14th) Fourteenth Amendment, and the Constitutionally Impermissible Conduct, the Talladega County Defendants Violated,
"Clearly Established Constitutional Rights of the Plaintiff of Which a Reasonable Person would have Known, and has willfully Deprived the Plaintiff of Liberty without Due Process of Law, by way of the Bill of Rights and the (14th) Fourteenth,

29-) of (41 ) cont # ③① Statement of Claims.

Amendment.

③② On 12-17-2015, Defendant Talladega County Senior Circuit Court Judge Julian M. King Revoked the Plaintiff Probation on CC-#2011-491, in Violation of the (4th) Fourth Amoidment,

Exhibits(s) - SEE (4) and (5)

Without Any Jurisdictional Authority, Defendant Talladega County Assistant Circuit Court Clerk, Could Not and Did Not Made a Judicial Determination of Probable Cause, as Mandated by the Commands of the Requirements of the (4th) Fourth and the Procedural Due Process of the (14th) Fourteenth Amendment, and the Plaintiff Was Falsely Imprisoned, and the Defendant(s) Alabama Dept of Corrections,

Warden of the St. Clair Correctional Facility, Defendant (Mr. Estes - Warden) a Subordinate of Mr Commissioner of the Alabama Dept of Corrections, a Subordinate of the State of Alabama, a Subordinate of Governor Robert Bently of the Great State of Alabama, Misuse of Power by Virtue of State (Alabama) Law, Acting Under Color of State of (Alabama) Law, Willfully Deprived the Plaintiff of his Liberty, Secured by the Constitution, and Laws of the United States.

30-) of (-41)   Statement of Claim

(33) On 3-21-2012, the Plaintiff was "Not Duly Convicted" of "Possession of Cocaine",

See Exhibit "8"

"the Nigger you Did It form Complaint / Affidavit / Arrest Warrant", Did Not Meet the Requirement of the (4th) Fourth Amendment, Because it Contain "No Affirmative Allegation Defendant Jason Blankenship spoke with Personal Knowledge of the Matters contained therein" Failed to Indicate any sources of the Complainants Belief" and neglected to "Set forth basis upon which a finding of Probable Cause Could be Made, Invoked "the Thirteenth (13th) Amendment, Section (1) Neither "Slavery" Nor Involuntary Servitude, Except as a "Punishment" For Crime wherefore the "Party (Plaintiff) shall have been" Duly (Afforded Due Process of Law) convicted, Shall exist within the United States, or Any Place Subject to their Jurisdiction; the (14th) Fourteenth Amendment Guarantee that "No State (Alabama) shall Deprive any Person of their "Liberty"; Rights Liberty and Property = Without Due Process of Law,

the Defendant(s) Have Willfully Invoked Slavery, in violation of the (13th) Thirteenth Amendment, which was in Violation of the Warrant Clause of the Supreme Law of the (4th) Fourth Amendment, and was in Clear Absence of All Jurisdiction over the Subject Matter, and Failed to Comply

31-) of (-41 ) cont # ㉝ Statement of claim

with, the Elementary Principles, of Procedural Due Process
of the (14ᵗʰ) Fourteenth Amendment; and willfully-

Acting Under Color of State (Alabama) Law Deprived an
"Human Being", Kidnapped,

      Definition(s)

        ① "Arrest"; To Take or Keep in Custody
by "Authority of Law";

        ② Kidnap; To Carry (Any One (1) ) away
by "Unlawful Force,"

      an Inhibitant of the United States for the "Purpose of
Extortion, Deprived the Plaintiff, Without Authority of Law
and Without any Reasonable or Colorable Cause, Conspired to-
gether Maliciously Entered into a "Scheme" and Deprived the
Plaintiff of "Liberty"
      Secured, by the Constitution and the Laws of the
United States.

�34 From 12-8-2015, to 10-25-2016, Defendant Bennett Henry
Webb, Has Been Co-Conspirtor with Defendants, Talladega
County, Sr. Circuit Court Judge,"
        ① Julian M. King

32-) of (-41 ) cont # (34) Statement of Claims

(2) Circuit Judge William E Hollingsworth

(3) Chief Deputy District Attorney Christina Kilgore

(4) Assistant District Attorney Jacob Argo

(5) District Attorney (the Infamous) Steven Dale
Giddens, Defendant Webb is an officer of the Court
and as a Part of the "Judicial System", is Charged with
Upholding the Law, and the Constitution of Alabama
and the United States, Defendant Webb, has Allowed
the State of Alabama, Drag his Client, Up and Down
an Discriminating Highway of Civil Rights Violations and have
"Invalidated" the "Bill of Rights, and the (14th) Fourteenth
Amendments Substantive and Procedural Due Process
was Violated, Where the (4th) Fourth Amendment Violations
has been Substantial and Deliberated, With their Unconstitutional
Introduction "Draconian Laws" such as the,

"Nigger you Did It Form Complaint/ Affidavit/
Arrest Warrant," "thats been Outlawed Since" 1958

Defendant Bennett H. Webb, Knew of the Reckless Falsity
of the,
"Nigger you Did It Form Complaint/ Affidavit/

33-) of (-41 ) cont # (34)   Statement of Claim

Arrest Warrant;

Was Based, and Defendant Talladega County, Assistant Circuit Court Clerk, Patty Davenport was Not a Judge, Nor Magistrate;

"In All Criminal Prosecutions, the Plaintiff shall Enjoy the Right to have the "Assistance of Counsel for his

"Defence"

and the Bill of Rights which Are Fundamental Safeguards of "Liberty" Immune from Federal Abridgment Are Equally Against the State of Alabama, invasion, By the;

Due Process Clause of the (14th) Fourteenth

"Amendment"

Defendant (Plaintiff(s)) Attorney, Conspired; Willfully with the State of Alabama, Defendant(s) above, Without Any Authority of Law, Entered Into a "Scheme" and Deprived the Plaintiff of Equal Protection of Law, Acting Under Color of State of Alabama Law, Deprived the Plaintiff of His "Liberty Contrary to Law"

Secured by the Constitution and Laws of the United States,

34-) o f (-41)          Relief Sought

(1) Defendants Sylacauga Police Officers, David Kimbrough
and Investigators, Mike Moore and Mike Smith, are Subordinates
of Chief Kelly Johnson, a Subordinate of Mayor Doug
Murphree, a subordinate of the City of Sylacauga, a Subordinate
of the State of Alabama.

(2) Defendant Talladega County ADA Jacob Argo a Subordinate of,
Defendant Talladega County Chief Deputy District Attorney
Christina Kilgore, A Subordinate of District Attorney
Steven Dale Giddens, a Subordinate of State of
Alabama Attorney General Luther Strange, a Subordinate
of the Governor of Alabama, Robert Bentley, a Subordi-
nate of the "Great State of Alabama.

(3) Defendant(s) Talladega County Assistant Circuit Court Clerk
Patty Davenport, a Subordinate of Talladega County
Circuit Clerk, Brian York, a Subordinate of Chief
Justice of Alabama Judge Roy Moore, a Subordinate
of the Governor of Alabama, Robert Bentley, a Subordi-
nate of the Great State of Alabama.

(4) Defendant(s) Talladega County District Judge M. Ryan Rumsey
also, Talladega County District Judge Jeb Fannin, also Talladega
County Circuit Judge W.lliam "Bo" Hollingsworth and Talladega
County Senior Circuit Court Judge, Julian M. King, Subordinates
of Alabama Chief Justice Roy Moore, a Subordinate of
Governor Robert Bentley of the State of Alabama, and a Subordinate
of the State of Alabama.

35-) of (-41)   Relief Sought

(5) Defendant(s) State of Alabama Pardons and Paroles Board Officer(s) Timothy Hall, an Subordinate of James Snoot, a Subordinate of Governor Robert Bentley of the State of Alabama, a Subordinate of the Great State of Alabama.

(6)   42· U.S.C 1983 Provides in pertinent Part;

Which came on the Books as Section(1) of the "Ku Klux Klan Act of April 20, "1871"
17 Statute 13

"Every Person" Who, under Color of Any Statute, Ordinance, Regulation, Custom or Usage, of Any State or Territory or the District of Columbia Subjects, or Causes to be Subjected, any citizen of the United States or other person within the Jurisdiction thereof to the Deprivation of any Rights, Privileges, or Immunities Secured by the Constitution and Laws Shall be liable to the Party injured in an Action of law, Suit in Equity, or other Proceeding for Redress.

(7) Defendant(s) Sylacauga Defendant(s) Kimbrough, Moore, Smith, Johnson and Murphree Willfully Violated the Plaintiff(s) Civil Rights, and Shall be Sued in their Official Capacity.

(8) Defendant(s) of the Talladega County District Attorneys Office, Argo, Kilgore and Giddens, Willfully Violated the Plaintiff Civil Rights, and Shall be Sued in their Official Capacity.

36-) of (-41)          Relief Sought

(9) Defendant(s) Talladega County Circuit Court Clerks, Patty Davenport and Brian York, Willfully violated the Plaintiff Civil Rights, and shall be Sued in their official Capacity.

(10) Defendant(s) Talladega County (Judicial officials) District Judge M. Ryan Rumsey, District Judge Jeb Fannin, Circuit Judge William "Bo" Hollingsworth and Senior Circuit Judge Julian M. King, Willfully Violated the Plaintiff Civil Rights, and is to be Sued in their (Judicial Capacity).

(11) Defendant(s) State of Alabama Pardons and Parole Board, and its Officers Timothy Hall, and James Smoot, Willfully Conspired with the Talladega County Defendants and violated the Plaintiff(s) Civil Rights, Are to be Sued in their official Capacity.

(12) Defendant(s) Alabama Dept. of Corrections, and its Commissioner (Name N/A ) and Warden(I) Estes, of the "Saint Clair" Correctional Facility, Willfully Falsely Imprisoned the Plaintiff, in violation of the Warrant Clause of the 4th Fourth Amend. that No Warrant Shall Issue, but upon a finding of Probable Cause and the Procedural Due Process Clause of the (14th) Fourteenth Amend. which Violated the Plaintiffs Civil Rights, and is to be Sued in their official Capacity.

37-) of (-41)   Relief Sought

(13.) Plaintiff, Seeks Declaratory Relief, That the, Nigger you Did It, Form Complaint / Affidavit / Arrest Warrant, See Exhibit (8) Issued by Talladega County Circuit Judge, William E. Hollingsworth, Be Declared "Unconstitutional" on the Grounds, the Plaintiff(s) Constitutional Rights was Violated Knowingly and Deliberately!

(14) On, 11-6-2015, Talladega County Assistant Circuit Court Clerk, Patty Davenport Issued,

"A Nigger you Did It Form Complaint / Affidavit / Arrest Warrant, See Exhibit (3) Plaintiff Seeks to have the Complaint, Declared Unconstitutional, Defendant Patty Davenport, Could not and Did not Make an Judicial Determination of Probable Cause,

38-) of (-41) cont of #(16) Relief Sought

of the Commands, of the (4th) Fourth Amendment, and
has Failed to comply with the Elementary Procedurals of
Due Process of Law, of the (14th) Fourteenth Amend-
ment and;

Discharge her Duties in a way that strayed beyond
her limits As a Talladega County Assistant Circuit Court
Clerk, Violated the United States Constitution, and the Bill
of Rights, which Invokes the (14th) Fourteenth Amendment,
she known or Should have known, she Transgressed a Clearly
Established Constitutional Right of the Plaintiff, without
fear of Liability, and ... Constitutional Rules.

(15) Plaintiff's Seeking;
Injunctive Relief,

This Pro-longed Detention has Interrupt the Plaintiff Source of
Income, and Impaired the Plaintiff Life with his Wife
Children and Grand Children.

(16) Plaintiff, Seeks, Trial By Judge and Jury;

(17) Plaintiff Seeks, All Court Cost, and, Attorney fees,
Be Paid, by the State of Alabama,

(18) Plaintiff Seeks Compensatory Damages,; and

(1) Pencuniary Losses; and

(34-) of (-41) cont of # (18) Relief sought,

(2) Non-pecuniary Losses

(a) Emotional Pain, Suffering, Inconvenience
Mental Anguish, and Loss of Enjoyment of Life,

(19) Punitive Damages

(a) Purposeful Discrimination, Reckless Indifference,

(20) Conclusion

4) On 10-3-2015, the Plaintiff, was Raped of his
Liberty, Freedom, by the Pretense that a County Circuit
Court Clerk, was a;

Neutral and Detached Magistrate,

He/or/She is, for Municipal Court Ordinances; Under
the Supervision of a Municipal Court Judge, the State of
Alabama (Talladega) County have Undermined the United
States Constitution, and Made the Plaintiff a Slave
Within the thirteenth (13th) the Plaintiff was Not
Duly Convicted, See Exhibit "8"

41-) of (-41 )          Conclusion

(22) On 10-13-2016, Defendant Talladega County
Circuit Judge William, "Bo" Hollinsworth, Refused
to Acknowledge, that his Personal Friend Defendant
Talladega County Assistant Circuit Court Clerk, violated
the Warrant Clause of the (4th) Fourth Amendment and
the the Procedural Due Process Clause of the (14th)
Fourteenth Amendment; and

   Exceeded Her Scope of Authority, and Stood the
United States, Justice System on his Head.



   I declare under Penalty of Perjury that foregoing is

True and Correct



         Executed on  12-26-16



                    Signature
                    Joseph McAdams
                    Address
                    1000 ST Clair Road
                    Springville AL.
                                35146
                    AIS# 265127

Exhibit (1) (A-B)



**STATE OF ALABAMA**
**BOARD OF PARDONS AND PAROLES**
OFFICER'S REPORT ON DELINQUENT PROBATIONER

| | | | |
|---|---|---|---|
| **Probationer** | Joseph McAdams | **Probationary Judge** | King |
| **PR Number** | 2008-006671 | **County** | Talladega |
| **Race, Sex, DOB** | B/M; 4/30/57 | **Court** | Circuit |
| **Offense (s)** | Possession of Cocaine | **Case Number (s)** | CC 2011-491 , 70 |
| **Sentence** | 15 Years – Split – Serve 3 years | **Date of Conviction** | 03/21/12 |
| **Date of Probation** | 03/16/15 | **Court Ordered Monies** | $3,049.00 |
| **Probationary Period** | 3 years | **Court Monies Paid** | None |
| **Probation Expires** | 03/16/18 | **Date of Delinquency** | |
| **Supervision Fees** | Owes $200.00 | | |

Last Known Address: 336 Wren Road, Sylacauga, AL 35150

**DELINQUENT CHARGE OR CHARGES**

went to court.
Time served
tuesday.

**CHARGE NO. 1**
**VIOLATION OF CONDITION NO. 1**
**NEW OFFENSE: ATTEMPTING TO ELUDE A POLICE OFFICER**

2015 OCT -7 AM 10: 17
CIRCUIT CLERK

**LEGAL FACTS:**
On 10/2/15, Jospeh McAdaams was arrested by the Sylacauga Police Department for the offense of Attempting to Elude A Police Officer in Case Number 2015-017015. Bond set in the amount of $1,000.00. A Court date has not been set at this time. A Probation Officer's Authorization of Arrest was issued and executed on 10/2/15. McAdams is currently incarcerated at the Talladega County Jail.

**DETAILS:**
Jospeh McAdams reported to the Sylacauga State Probation Office on 3/16/15. I explained the Order of Probation to him. He signed the order the same day and received a copy. The order specifically states do not violate any Federal, State or Local Law. On 10/2/15, Officer David Kimbrough of the Sylacauga Police Department was assisting Officer Thomas locating Joseph McAdams, who was wearing jeans and a jacket in the area of Miranda Villas Apartment in Sylacauga, AL. Officer Kimbrough entered the property and observed McAdams walking down Power Line Trail toward Old Birmingham Highway. Officer Kimbrough approached McAdams from James Payton Parkway, and pulled to the side of the road. Officer Kimbrough got out the vehicle to make contact with McAdams. Officer Thomas came over the radio and stated that McAdaams saw him and ran back into the woods. Officer Kimbrough got back into his vehicle and drove to Power Line Trail towards McAdams. Officer Kimbrough exited his vehicle, and ran towards McAdams yelling at him to stop. McAdams looked back but continued running and climbed over the fence at the Landing Apartments. Officer Kimbrough unholstered his tazer but McAdams began to run faster. Officer Kimbrough holstered the tazer to

1

climb the fence. McAdams continued running through the parking lot of the Landing Apartments. Investigator Mike Moore pulled up and gave chase, catching McAdams behind the buildings near the woodline. Officer Kimbrough placed McAdams in handcuffs, and escorted him to Officer Thomas' patrol car. McAdams had a cut above his left eye that was bleeding. McAdams denied medical help. Investigator Mike Moore was injured while taking the male to the ground. Investigator Moore transported himself to the Coosa Valley Emergency Room where it was determined that he broke his left wrist. McAdams was arrested and charged with Attempting to Elude A Police Officer.

### CHARGE NO. 2
### VIOLATION OF CONDITION 12
### FAILURE TO PAY SUPERVISION FEES

#### LEGAL FACTS:
A Probation Officer's Authorization of Arrest was issued and executed on 10/2/15. McAdams is currently incarcerated at the Talladega County Jail.

#### DETAILS:
Joseph McAdams reported to the Sylacauga State Probation Office on 3/16/15. I explained the Order of Probation to him. He signed the order the same day and received a copy. When placed on probation, McAdams was instructed to pay $40.00 per month in supervision fees. As of filing this report, McAdams owes $200.00 in supervision fees. McAdams lasted reported that he was applying for disability.

### CHARGE NO. 4
### VIOLATION OF CONDITION NUMBER 15
### FAILURE TO PAY COURT ORDERED MONEY

#### LEGAL FACTS:
A Probation Officer's Authorization of Arrest was issued and executed on 10/2/15. McAdams is currently incarcerated at the Talladega County Jail.

#### DETAILS:
Joseph McAdaams reported to the Sylacauga State Probation on 3/16/15. I explained the Order of Probation to him. He signed the order the same day and received a copy. McAdams was instructed to pay $100.00 per month toward his court ordered monies beginning 4/15/15. Our records reflect that McAdams has paid nothing towards his court ordered monies, leaving a balance of $3,049.00. McAdams lasted reported that he was applying for disability.

#### SUPERVISION SUMMARY:
This is the first violation report filed on McAdams. He has failed to abide by his order of probation. McAdams is currently a suspect in a Robbery 3rd case that happended in Sylacauga, AL.

#### RECOMMENDATION:
I recommend that McAdams' probation be revoked.

Signed and dated at Sylacauga, Alabama, on the 7th day of October, 2015.

*Timothy Hall*

Alabama Probation and Parole Officer

2

Exhibit (2) - (A and B

# STATE OF ALABAMA
# BOARD OF PARDONS AND PAROLES
# OFFICER'S REPORT ON DELINQUENT PROBATIONER

| | | | |
|---|---|---|---|
| **Probationer** | Joseph McAdams | **Probationary Judge** | King |
| **PR Number** | 2008-006671 | **County** | **Talladega** |
| **Race, Sex, DOB** | B/M; 4/30/57 | **Court** | Circuit |
| **Offense(s)** | Possession of Cocaine | **Case Number(s)** | CC 2011-491 |
| **Sentence** | 15 years – Split – Serve 3 years | | |
| **Date of Probation** | 03/16/15 | **Date of Conviction** | 03/21/12 |
| **Probation Period** | 3 years | **Court Ordered Monies** | **$3,049.00** |
| **Probation Expires** | 03/16/18 | **Court Monies Paid** | None |
| **Supervision Fees** | Owes $200.00 | **Date of Delinquency** | |

**Last Known Address: 336 Wren Road, Sylacauga AL 35044**

*DELINQUENT CHARGE OR CHARGES*
*SUPPLEMENT TO DR DATED 10/7/15*

## CHARGE NO. 3
## VIOLATION OF CONDITION NUMBER 1
## NEW OFFENSE: ROBBERY 3RD

### LEGAL FACTS:

On 11/6/15, Jospeh McAdams was arrested by the Sylacauga Police Department for the offense of Roberry 3rd in District Court Case Number 2015-100719. Bond set in the amount of $10,000.00. A Court date is set for 12/8/15 with Judge Ryan Rumsey. A Probation Authorization of Arrest was issued and executed on 10/2/15. McAdams is currently incarcerated at the Talladega County Jail.



**DETAILS:**

Jospeh McAdams reported to the Sylacauga State Probation Office on 3/16/15. I explained the Order of Probation to him. He signed the order the same day and received a copy. The order specifically states do not violate any Federal, State, or Local Law.

On 10/2/15, Carolyn McGrady was at her car in the front of Burke's Outlet located in Sylacauga, AL. McGrady was about to get into her car when someone grabbed her purse. McGrady screamed and let go of her purse. McGrady observed a black male who walked away, and ran towards the car wash. Ms. Abrams pulled up and asked what happened. McGrady told her that someone stole her purse. Ms. Abrams called the Sylacauga Police Department. McGrady waited for the Police for a while and then left. McGrady received a telephone call from her daughter, stating that Police needed to talk to her. McGrady was able to identify Joesph McAdams from a photo-line up at the Sylacauga Police Department. Investigator Mike Moore of the Sylacauga Police Department was injured pursing McAdams.

**SUPERVISION SUMMARY:**

McAdams' performance and progress on probation has been unsatisfactory.

**RECOMMENDATIONS:**

It is recommended that McAdams' probation be revoked.

Signed and dated in Sylacauga, Alabama the 10th day of December 2015.

Timothy Hall
Parole/Probation Officer

th

Exhibit-(3)

JA 570 94 8335 JBM

RECEIVED
SHERIFF JIMMY KILGORE 11/1/15

**AFFIDAVIT AND WARRANT OF ARREST**

THE STATE OF ALABAMA,   }
TALLADEGA COUNTY.   }

**DISTRICT COURT**
OF TALLADEGA COUNTY, ALABAMA

## COMPLAINT

Before me, the undersigned authority, personally appeared {Mike Smith}, who being duly sworn, says on oath that he has probable cause for believing, and does believe, that in said county and State, on or about the 2nd day of October, 2015, one {Joseph Bernard McAdams}

Did, in the course of committing a theft of, to-wit: Ladies Purse, the property of {Carolyn Ann McGrady}, by use force or threaten the imminent use of force against the person of {Carolyn Ann McGrady}, or another person present, with the intent to overcome his/her physical resistance or physical power of resistance or to compel acquiescence to the taking of or escaping with the property, in violation of §13A-8-43 of the Alabama Criminal Code,

against the peace and dignity of the State of Alabama.

Michael B Smith

Sworn to and subscribed before me this the ____ day of {November}, 2015.

Patti Davenport
[ ] Judge      [ ] Clerk      [X] Magistrate

**STATE OF ALABAMA, TALLADEGA COUNTY**
TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA — GREETINGS:

**WRIT OF ARREST**

You are hereby commanded to arrest {Joseph Bernard McAdams} and commit him to jail unless he gives bond in the sum of $ 10,000.00 for his appearance in this Court on the 8th day of December, 2015, to answer the State of Alabama on a charge of Robbery, Third Degree, preferred by {Mike Smith}.

Dated this the ____ day of {November}, 2015.

Patti Davenport
[ ] Judge      [ ] Clerk      [X] Magistrate

State's Witness: {Mike Smith}, Sylacauga Police Department

Agency Case Number: 15-017169

**Executed**
Per: Michael B Smith
Date: 11/6/2015
Jimmy Kilgore, Sheriff

DEFENDANT'S ADDRESS:   336 Wren Road, Sylacauga, AL 35150

DOB: 04/30/1957          RACE:  B          SEX:  M

SSN:  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      HEIGHT:  5'10"      WEIGHT:  165      HAIR:  Black      EYES:  Brown

/mm  11/06/2015

Exhibit (4)

# COMPLAINT ABOUT AN ALABAMA STATE COURT JUDGE

Today's Date: 2-23-16   Your Name: Joseph McAdans : A.I.S # 265127

Your Telephone Number: N/A   Your Address: 1000 St. Clair Rd Springville, AL 35146

Your Attorney's Name: N/A   Your Attorney's Telephone Number: N/A

Judge's Name: Patty Davenport   Court: District Court

Case Number: 15-01769   County: Talladega

Name of Case: State V. McAdams

---

## STATEMENT OF FACTS AND ALLEGATIONS
### (See instructions on reverse)

Hon. Patty Davenport Issued an complaint against me on 06 Nov 15 Which Revoked my Probation. Without having the following sworn Affidavit Statement or Affidavits of the Arresting officer and/or the victim in this Case, Does she have a license to Practice law in the state of Alabama if so what is her license number?

The allegations and statements of fact set forth above and in any additional attached pages are true and correct to the best of my knowledge, information and belief, and I understand that a copy of this complaint and all supporting materials will be provided by the Commission to the judge against whom the complaint is made.

Joseph McAdams
(Complainant's Signature)

SUBSCRIBED AND SWORN to or affirmed before me this 26th day of February, 20 16.

My Commission expires: 4-29-2019

Melanie D. Poe
Notary Public

Exhibit (5)



## Judicial Inquiry Commission

TELEPHONE (334) 242-4089   FAX (334) 353-4043

**MAILING ADDRESS:**
POST OFFICE BOX 303400
MONTGOMERY, AL 36130-3400

**STREET ADDRESS:**
401 ADAMS AVENUE, SUITE 720
MONTGOMERY, AL 36104

March 3, 2016

Joseph McAdams
#265127
1000 St. Clair Road
Springville, AL 35146

Dear Mr. McAdams:

I am returning your complaint dated February 23, 2016. Unfortunately, the person you have named on your complaint is not a judge.

You may want to contact the Talladega County Circuit Clerk for further information. I have listed the contact information below:

    Mailing address:  P. O. Box 183
                     Sylacauga, AL  35150

    DISTRICT COURT -256-245-4352

Sincerely,

Chandra Bun

Chandra Brown
Assistant Executive Director

ELECTRONICALLY FILED
12/18/2015 10:17 AM
61-CC-2011-000491.70
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

Exhibit (6) (A - C)

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

| | | |
|---|---|---|
| STATE OF ALABAMA, | * | |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VS. | * | CASE NO.: CC 2011-491.70 |
| | * | |
| JOSEPH McADAMS, | * | |
| | * | |
| DEFENDANT. | * | |

## O R D E R

This matter coming on before the Court on the 17th day of December, 2015 based on the Officer's Report on Delinquent Probationer dated the 7th day of October, 2015 and the Supplemental Report dated the 10th day of December, 2015; the presence of the Defendant; the presence of counsel for the Defendant; the presence of the District Attorney's office; the presence of the State Probation Officer; the Court explaining to the Defendant his rights; the Defendant and counsel for the Defendant acknowledging receipt of the Officer's Reports on Delinquent Probationer; the Court conducting a formal hearing relative to the charges; sworn testimony taken in open court; the Court having taken judicial knowledge of its file; and upon consideration thereof, the Court finds as follows:

1.  State Probation Officer Tim Hall testified that the Defendant was on probation on the date of the new offense of Robbery in the Third Degree. Sylacauga Police Department Investigator Mike Smith

Exhibit (6) (B)

stated that he investigated the Robbery Third incident and that a Mrs. Abrams was a witness to the incident. He testified that Mrs. Abrams picked the Defendant out from a photo lineup. The victim, Carolyn McGrady, identified the Defendant in open court as the person that committed the Robbery in the Third Degree by attempting by physical action to commit the theft of her purse. The Court finds beyond reasonable satisfaction that the Defendant committed the offense of Robbery in the Third Degree while on probation.

2.   That the Defendant's probation is due to be revoked based on the testimony of Officer Tim Hall, Investigator Michael Smith, and the victim, Carolyn McGrady. The Defendant's probation is due to be revoked and the Defendant required to serve his sentence in accordance with this Order.

3.   The Defendant is due to be given credit for pre-revocation confinement.

It is, therefore, **CONSIDERED** and **ORDERED** as follows:

1.   That the Defendant's probation is hereby revoked and the Defendant is ordered to serve his 15 year penitentiary sentence. The sentence(s) imposed in this case shall run concurrent with all counts and all sentences for which the Defendant is presently serving time in any penitentiary and/or county jail.

Exhibit (6) - (C)

2.    The Defendant is entitled to an additional 77 days of confinement

relative to the order requiring him to serve his sentence.

3.    That a copy of this Order be forwarded to the District Attorney,

counsel for the Defendant, Talladega County Sheriff's Department,

Talladega County Jail, and the State Probation Office.

This the 18th day of December, 2015.

/s/ Julian M. King
JULIAN M. KING
PRESIDING CIRCUIT JUDGE

**INDICTMENT**

Exhibit (7) - (A-B)

The State of Alabama, Talladega County

CIRCUIT COURT, NOVEMBER TERM, 2015

COUNT ONE:

The Grand Jury of said County charge that before the finding of this Indictment and on or about the 2nd day of October, 2015, in the County of Talladega, Alabama,

**JOSEPH BERNARD MCADAMS,**

whose true name is to the Grand Jury unknown otherwise than stated,

did, in the course of committing a theft of property, to-wit: Ladies Purse, the property of, to-wit: Carolyn Ann McGrady, use force or threaten the imminent use of force against the person of, the said Carolyn Ann McGrady, or another person present, with the intent to overcome her physical resistance or physical power of resistance or to compel acquiescence to the taking of or escaping with the property, in violation of Section 13A-8-43 of the Code of Alabama, against the peace and dignity of the State of Alabama.

COUNT TWO:

The Grand Jury of said County charge that before the finding of this Indictment and on or about the 2nd day of October, 2015, in the County of Talladega, Alabama,

**JOSEPH BERNARD MCADAMS,**

whose true name is to the Grand Jury unknown otherwise than stated,

did, with the intent to commit the crime of Theft of Property, First Degree, (13A-8-3) attempt to obtain or exert unauthorized control over, to-wit: Ladies Purse, the property of, to-wit: Carolyn Ann McGrady, in violation of Section 13A-4-2 of the Code of Alabama, against the peace and dignity of the State of Alabama.

DISTRICT ATTORNEY, 29TH JUDICIAL CIRCUIT OF ALABAMA

CC No. 2016-32
JMK

Grand Jury No.  201511-212

DC No. 2015-10,0719

$Exhibit-(7)(B)$

### STATE OF ALABAMA

v.

### JOSEPH BERNARD MCADAMS

**336 Wren Road, Sylacauga, AL 35150**

B/M       DOB 04/30/57

SSN  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

HEIGHT  5'10"

WEIGHT  165 lbs.

HAIR  Black

EYES  Brown

SID # AL-02098233

Date of Arrest 11/06/2015

(the above information is otherwise unknown than as stated to this Grand Jury)

## COUNT ONE: ROBBERY, THIRD DEGREE

## COUNT TWO: ATTEMPTED THEFT OF PROPERTY, FIRST DEGREE

NO PROSECUTOR

### A TRUE BILL

Presented in open Court by the Foreperson of the Grand Jury in the presence of 17 other members of the Grand Jury and filed, this the 4 day of Feb , 2016

GRAND JURY FOREPERSON

CLERK OF THE CIRCUIT COURT OF TALLADEGA
COUNTY, 29TH JUDICIAL CIRCUIT

Bail in this case is fixed at 10,000 dollars. This the 8 day of February , 2016

JUDGE OF THE CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA

DOCUMENT 1

Exhibit (8)

**AFFIDAVIT AND WARRANT OF ARREST**

THE STATE OF ALABAMA, }  Exhibit (8)  **DISTRICT COURT**

TALLADEGA COUNTY. }  OF TALLADEGA COUNTY, ALABAMA

# ORIGINAL

## COMPLAINT

Before me, the undersigned authority, personally appeared Jason Blankenship, who being duly sworn, says on oath that he has probable cause for believing, and does believe, that in said county and State, on or about the 23rd day of January, 2011, one Joseph McAdams

**Count I:** Did unlawfully, while at or near Lower Bon Air Road, Riley's Service Center Parking Lot, Childersburg, Talladega County, Alabama, knowingly sell, manufacture, deliver, or bring into this state, or who is knowingly in actual or constructive possession of, 28 grams or more of to wit: cocaine or of any mixture containing cocaine, described in 20-2-25(1) is guilty of a felony, which felony shall be known as **"trafficking in cocaine."** Contrary to and in violation of Section 13A-12-231 of the Code of Alabama;

**Count II:** Did unlawfully possess marijuana for his personal use, without a prior conviction for possession of marijuana for personal use only, in violation of Section 13A-12-214 of the Code of Alabama,

**Count III:** Did unlawfully possess paraphernalia, to-wit: Scales used for unlawfully smoking a controlled substance, contrary to the provisions of the Alabama Uniform Controlled Substances Act, Section 13A-12-260 of the Code of Alabama,

against the peace and dignity of the State of Alabama.

Sworn to and subscribed before me this the 24 day of January, 2011.

W. E. Hallenmore

[✓] Judge  [ ] Clerk  [ ] Magistrate

---

### STATE OF ALABAMA, TALLADEGA COUNTY                    WRIT OF ARREST

### TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA — GREETINGS:

You are hereby commanded to arrest: Joseph McAdams and commit him to jail unless he gives bond in the sum of $ 50,000 & Drug Test for his appearance in this Court on the 9th day of March, 2011, to answer the State of Alabama on a charge of Count I: Trafficking in Cocaine; Count II: Possession of Marijuana, second degree; Count III: Possession of Drug Paraphernalia, preferred by Jason Blankenship.

Dated this the 24 day of January, 2011.

W. E. Hall

[✓] Judge  [ ] Clerk  [ ] Magistrate

State's Witness: Jason Blankenship; DTF
          Case # 0111-0033TF

DEFENDANT'S ADDRESS:   336 Wren Road, Sylacauga, AL. 35150

DOB:  04/30/57       RACE:  B        SEX:  M

SSN:  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    HEIGHT:  5'11"   WEIGHT:  180       HAIR:  Black       EYES:  Brown

JKM/np     Arrested / Executed

the 23

Exhibit (9)

ELECTRONICALLY FILED
10/19/2016 9:03 AM
61-CC-2016-000032.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

STATE OF ALABAMA )
                 )
V.               )   Case No.:   CC-2016-000032.00
                 )
MCADAMS JOSEPH BERNARD )
Defendant.       )

### ORDER

This matter coming before the Court upon Defendant's Motion Challenging the Jurisdiction of this Court and Motion to Suppress the Complaint and Arrest Warrant in this case. Upon hearing held on October 13, 2016, submission of the pleadings and argument by respective counsel, the Court finds said motions not well taken and are due to be denied.

IT IS THEREFORE CONSIDERED AND ORDERED that the Defendant's Motion to Challenge Jurisdiction and Motion to Suppress Complaint and Arrest Warrant are denied.

The clerk of this Court shall forward a copy of this Order to the District Attorney and the Defendant.

**DONE this 19th day of October, 2016.**

**/s/ WM E HOLLINGSWORTH III**
**CIRCUIT JUDGE**